| 1. Person Reporting (last name, first, middle initial) Gelpi, Gustavo A | 2. Court or Organization U.S. District Court for P.R. | 3. Date of Report 04/25/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge — *Nominee* | 5a. Report Type (check appropriate type) ☒ Nomination, Date 04/24/2006 ☐ Initial ☐ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 04/15/2006 |
| 7. Chambers or Office Address U.S. District Court Federal Office Bldg., Suite 483 San Juan, PR 00918-0483 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. First Circuit Vice President | Federal Bar Association |
| 2. Secretary to the Circuit Vice Presidents | Federal Bar Association |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | self employed (attorney) |
| 2. | 2006 | self employed (attorney) |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | EXEMPT | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 04/25/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Graduate Loan Center | Student Loan | J |
| 2. | Household Credit Services | Credit Card | J |
| 3. | MBNA America | Line of Credit | J |
| 4. | Caribe Federal Credit Union | Personal Loan | J |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Weatherford Intl. Ltd. New (Bermuda) | A | Interest | J | T | Exempt | | | | |
| 2. Smith Barney (mutual fund) | A | Dividend | J | T | Exempt | | | | |
| 3. Disney (common stock) | A | Dividend | J | T | Exempt | | | | |
| 4. Amazon Com Inc. | A | Dividend | J | T | Exempt | | | | |
| 5. Marvel Enterprises (common stock) | A | Dividend | J | T | Exempt | | | | |
| 6. John Hancock:variable life policy | A | Interest | J | T | Exempt | | | | |
| 7. Banco Popular de P.R. (Educational IRAs) | A | Interest | J | T | Exempt | | | | |
| 8. Banco Popular (money market IRAs) | A | Interest | J | T | Exempt | | | | |
| 9. Advent Software Inc. | A | Dividend | J | T | Exempt | | | | |
| 10. American International Group | A | Dividend | J | T | Exempt | | | | |
| 11. Amgen Inc. | A | Dividend | J | T | Exempt | | | | |
| 12. Autodesk Inc. | A | Dividend | J | T | Exempt | | | | |
| 13. Biogen Idec Inc. | A | Dividend | J | T | Exempt | | | | |
| 14. Cablevision Systems/Cablevision NY Group CLA | A | Dividend | J | T | Exempt | | | | |
| 15. Charming Shoppes Inc. | A | Dividend | J | T | Exempt | | | | |
| 16. Chiron Corp. Delaware | A | Dividend | J | T | Exempt | | | | |
| 17. Cisco Sys. Inc. | A | Dividend | J | T | Exempt | | | | |

1. Income Gain Codes: (See Columns B1 and D4) — A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3) — J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000

3. Value Method Codes: (See Column C2) — Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 04/25/2006 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Coca-Cola | A | Dividend | J | T | Excempt | | | | |
| 19. Comcast Corp CLA-SPL | A | Dividend | J | T | Excempt | | | | |
| 20. Cree Inc. | A | Dividend | J | T | Excempt | | | | |
| 21. Dell Inc. | A | Dividend | J | T | Excempt | | | | |
| 22. Exxon Mobil Corp. | A | Dividend | J | T | Excempt | | | | |
| 23. Forest Laboratories Inc. | A | Dividend | J | T | Excempt | | | | |
| 24. Genetech | A | Dividend | J | T | Excempt | | | | |
| 25. General Electric Co. | A | Dividend | J | T | Excempt | | | | |
| 26. Genzyme Corp. | A | Dividend | J | T | Sell | 7/21 | J | A | n/a |
| 27. Gillette Co. (merged with Procter and Gamble) | A | Dividend | J | T | Excempt | | | | |
| 28. Home Depot | A | Dividend | J | T | Excempt | | | | |
| 29. IAC Interactive Corp. | A | Dividend | J | T | Excempt | | | | |
| 30. INTEL Corp. | A | Dividend | J | T | Excempt | | | | |
| 31. Johnson & Johnson | A | Dividend | J | T | Excempt | | | | |
| 32. L3 Communications Hldgs Inc. | A | Dividend | J | T | Excempt | | | | |
| 33. Lehman Brothers Holdings Inc. | A | Dividend | J | T | Excempt | | | | |
| 34. Liberty Media Corp. | A | Dividend | J | T | Excempt | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
     F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
     N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000

3. Value Method Codes: (See Column C2)    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
     Q =Appraisal    V =Other    S =Assessment    T =Cash Market
     U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 04/25/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Liberty Media Intl. Inc. | A | Dividend | J | T | Excempt | | | | |
| 36. Merrill Lynch & Co. Inc. | A | Dividend | J | T | Excempt | | | | |
| 37. Micron Technology Inc. | A | Dividend | J | T | Excempt | | | | |
| 38. Microsoft Corp. | A | Dividend | J | T | Excempt | | | | |
| 39. Millennium Pharmaceuticals Inc. | A | Dividend | J | T | Excempt | | | | |
| 40. Pall Corp. | A | Dividend | J | T | Excempt | | | | |
| 41. Pepsico Inc. | A | Dividend | J | T | Excempt | | | | |
| 42. Pfizer Inc. | A | Dividend | J | T | Excempt | | | | |
| 43. Sandisk Corp. | A | Dividend | J | T | Excempt | | | | |
| 44. Texas Instruments Inc. | A | Dividend | J | T | Excempt | | | | |
| 45. Time Warner Inc. | A | Dividend | J | T | Excempt | | | | |
| 46. Tyco Intl. Ltd. | A | Dividend | J | T | Excempt | | | | |
| 47. Unitedhealth Group Inc. | A | Dividend | J | T | Excempt | | | | |
| 48. Walt Disney Coc. | A | Dividend | J | T | Excempt | | | | |
| 49. WM Wrigley Jr. Co. | A | Dividend | J | T | Excempt | | | | |
| 50. Yahoo Inc. | A | Dividend | J | T | Excempt | | | | |
| 51. Electric Arts | A | Dividend | J | T | Excempt | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B) and D4)   F =$50,001 - $100,000   O =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000
(See Column C2)   Q =Appraisal   V =Other   S =Assessment   T =Cash Market
U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 04/25/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Comcast Corp. | A | Dividend | J | T | Exempt | | | | |
| 53. United Health Group Int. | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | N =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII Page 1 Line 2
Smith Barney Mutual Fund - The specific name of this mutual fund is the Smith Barney Aggressive Group Fund CLA.

Part III

Filer's non-investment income is from U.S. Government salary for services as a U.S. Magistrate-Judge

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date 4-25-06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 15 | 711 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 57 | 276 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | 57 | 000 | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 660 | 450 |
| Real estate owned-add schedule | | 740 | 500 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | | | Student Loan | | | 753 |
| Cash value-life insurance | | 3 | 212 | Personal Loan | | 7 | 800 |
| Other assets itemize: | | | | Auto Loans | | 60 | 014 |
| IRA | | 3 | 000 | | | | |
| Thrift Savings Account | | 4 | 967 | | | | |
| | | | | Total liabilities | | 729 | 017 |
| | | | | Net Worth | | 152 | 649 |
| Total Assets | | 881 | 666 | Total liabilities and net worth | | 881 | 666 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |